**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WASICA FINANCE GMBH and BLUEARC FINANCE AG, <br><br> Plaintiffs, <br><br> v. <br><br> SCHRADER INTERNATIONAL, INC., SCHRADER-BRIDGEPORT INTERNATIONAL, INC., SCHRADER ELECTRONICS LIMITED, and SCHRADER ELECTRONICS INC. <br><br> Defendants. | C.A. No. 13-1353-LPS |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
<u>REGARDING IPR ESTOPPEL</u>**

Plaintiffs Wasica Finance GmbH and BlueArc Finance AG (collectively, "Plaintiffs") move respectfully, pursuant to Federal Rule of Civil Procedure 56, for entry of summary judgment. The grounds for this Motion are set forth in the Opening Brief in support thereof, filed contemporaneously herewith.

Dated:  August 12, 2019                    **FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderosn*
    Jeremy D. Anderson (#4515)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899-1114
    Tel:  (302) 778-8452
    janderson@fr.com

    Michael J. Kane
    William R. Woodford
    Jason M. Zucchi
    3200 RBC Plaza
    60 South Sixth Street
    Minneapolis, MN 55402
    Tel:  (612) 335-5070
    Kane@fr.com
    Woodford@fr.com
    Zucchi@fr.com

*Attorneys for Plaintiffs*
*Wasica Finance GmbH and*
*Blue Arc Finance AG*