IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WASICA FINANCE GMBH and BLUEARC FINANCE AG,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCHRADER INTERNATIONAL, INC., SCHRADER-BRIDGEPORT INTERNATIONAL, INC., SCHRADER ELECTRONICS LIMITED, and SCHRADER ELECTRONICS INC.,<br><br>    Defendants. | C.A. NO. 13-1353-LPS |

**JOINT PROPOSED VERDICT FORM**

Pursuant to D. Del. L.R. 51.1 Plaintiffs Wasica Finance GmbH and Bluearc Finance AG (collectively "Plaintiffs") and Defendants Schrader-Bridgeport International, Inc., Schrader Electronics Limited, and Schrader Electronics Inc. (collectively "Schrader" or "Defendants") submit the following Proposed Verdict Forms. The parties were unable to agree on a proposed verdict form, and so submit two separate forms for the Court's consideration.

**Plaintiffs' Proposal**: Defendants have proposed placing a license question on the verdict form, which is improper on its own, and have proposed that it be placed before the infringement question. First, Defendants' licensing/exhaustion defense does not extinguish Plaintiffs' claim, it would only potentially reduce damages. So it is subsidiary to damages. Second, the question is misleading to the jury. Whether Schrader's accused products were used with licensed products means nothing legally, and a jury finding on the issue would not result in the relief Defendants' seek. There is no dispute that Schrader's accused products are not licensed. So the licensed products have to substantially embody claim 6, and to show substantial embodiment requires two factors, which are not included in the questions. Third, if a licensing question is allowed by the Court, it must come after the infringement questions. *See IBM Corp. v. Groupon, Inc.*, No. 16-122-LPS, D.I. 390 (Verdict Form).

**Defendants' Proposal:** Defendants maintain that their Proposed Patent Exhaustion jury inquiry is proper and should precede the indirect infringement determination because there can be no infringement of "licensed" products as detailed in the proposed jury instructions.

**Plaintiffs' Counsel**

>Susan E. Morrison (#4690)
>Jeremy D. Anderson (#4515)
>FISH & RICHARDSON P.C.
>222 Delaware Avenue, 17th Floor

Wilmington, DE 19801
(302) 652-5070
morrison@fr.com
janderson@fr.com

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
(617) 542-5070
scherkenbach@fr.com

William R. Woodford
Jason M. Zucchi
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070 Telephone
(612) 288-9696 Facsimile
kane@fr.com
woodford@fr.com
zucchi@fr.com
*Attorneys for Plaintiffs Wasica Finance GmbH and Bluearc Finance AG*

**Counsel for Defendants**

Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@mnat.com

Bryan P. Collins
Robert M. Fuhrer

3

PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
(703) 770-7900
Bryan.collins@pillsburylaw.com
Robert.fuhrer@pillsburylaw.com

*Attorneys for Defendants Schrader International, Inc., Schrader-Bridgeport International, Inc., Schrader Electronics Limited, and Schrader Electronics Inc.*

Dated:  January 28, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WASICA FINANCE GMBH and BLUEARC FINANCE AG,<br><br>    Plaintiff,<br><br>  v.<br><br>SCHRADER INTERNATIONAL, INC., SCHRADER-BRIDGEPORT INTERNATIONAL, INC., SCHRADER ELECTRONICS LIMITED, and SCHRADER ELECTRONICS INC.,<br><br>    Defendants. | C.A. NO. 13-1353-LPS |

**<u>PLAINTIFFS' PROPOSED VERDICT  FORM</u>**

4830-5734-8019.v1

We, the jury, unanimously find as follows:

**I.      INFRINGEMENT**

      1.      Have Plaintiffs proven by a preponderance of the evidence that Schrader induced infringement of claim 6 of the '524 patent?

            **YES** _____
            (Verdict in favor of Wasica/BlueArc)

            **NO** _____
            (Verdict in favor of Schrader)

      2.      Have Plaintiffs proven by a preponderance of the evidence that Schrader contributed to the infringement of claim 6 of the '524 patent?

            **YES** _____
            (Verdict in favor of Wasica/BlueArc)

            **NO** _____
            (Verdict in favor of Schrader)

(If you answered "Yes" to either Question 1 or 2 above, continue to Section II.)

4830-5734-8019.v1

## II.   DAMAGES

If you find that claim 6 is infringed (by answering "Yes" for either of the infringement questions (Section I, Questions 1 or 2) then please answer the following question.

      3.   What amount of a reasonable royalty have Plaintiffs proven by a preponderance of the evidence will fairly compensate Plaintiffs for Schrader's infringement?

$$\$_____$$

\*   \*   \*

You have now reached the end of the verdict form, and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict.

Date: _____

_____   _____

_____   _____

_____   _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WASICA FINANCE GMBH and BLUEARC FINANCE AG,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHRADER INTERNATIONAL, INC., SCHRADER-BRIDGEPORT INTERNATIONAL, INC., SCHRADER ELECTRONICS LIMITED, and SCHRADER ELECTRONICS INC.,<br><br>    Defendants. | C.A. NO. 13-1353-LPS |

**<u>DEFENDANTS' PROPOSED VERDICT  FORM</u>**

We, the jury, unanimously find as follows:

### III.  INFRINGEMENT

    1.    Has Schrader proven by a preponderance of the evidence that some or all of the accused products were used with licensed products?

        **YES** _____
        (Verdict in favor of Schrader)

        **NO** _____
        (Verdict in favor of Wasica/BlueArc)

(If you Answer No above or determined that only some of the accused products were used with licensed products in answering Yes to Question 1 above, continue to Questions 2 and 3 below).

    2.    Has Wasica/BlueArc proven, by a preponderance of the evidence, that Schrader induced infringement of claim 6 of the '524 patent?

        **YES** _____
        (Verdict in favor of Wasica/BlueArc)

        **NO** _____
        (Verdict in favor of Schrader)

    3.    Has Wasica/BlueArc proven, by a preponderance of the evidence, that Schrader contributed to the infringement of claim 6 of the '524 patent?

        **YES** _____
        (Verdict in favor of Wasica/BlueArc)

        **NO** _____
        (Verdict in favor of Schrader)

(If you answered "Yes" to either Question 2 or 3 above, continue to Section II.)

4830-5734-8019.v1

## IV. DAMAGES

If you find that claim 6 is infringed (by answering "Yes" for either of the infringement questions (Section I, Questions 2 or 3).

(If you find that Wasica/BlueArc failed to provide Schrader Actual Notice of Infringement before filing its Complaint, you can only include post filing infringement activity in your reasonable royalty calculation.)

      6.      What amount of a reasonable royalty has Wasica/BlueArc proven by a preponderance of the evidence based on a hypothetical negotiation between Wasica/BlueArc and Schrader?

$\$_____$

\*            \*            \*

You have now reached the end of the verdict form, and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict.

Date: _____

_____      _____

_____      _____

_____      _____

4830-5734-8019.v1