## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICTOF DELAWARE

|  |  |  |
|---|---|---|
| WASICA FINANCE GMBH and BLUEARC FINANCE AG, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 13-1353-LPS |
| | : | |
| SCHRADER INTERNATIONAL, INC., SCHRADER-BRIDGEPORT INTERNATIONAL, INC., SCHRADER ELECTRONICS LIMITED, and SCHRADER ELECTRONICS INC., | : | |
| | : | |
| Defendants. | : | |

## VERDICT FORM

### I.    INFRINGEMENT

1.    Have Plaintiffs proven by a preponderance of the evidence that Schrader induced infringement of claim 6 of the '524 patent?

**YES** ___✗___
(Verdict in favor of Wasica/BlueArc)

**NO** _____
(Verdict in favor of Schrader)

2.    Have Plaintiffs proven by a preponderance of the evidence that Schrader contributed to the infringement of claim 6 of the '524 patent?

**YES** ___✗___
(Verdict in favor of Wasica/BlueArc)

**NO** _____
(Verdict in favor of Schrader)

## II.   PATENT EXHAUSTION

3.   Has Schrader proven by a preponderance of the evidence the affirmative defense of patent exhaustion?

**YES** _____
(Verdict in favor of Schrader)

**NO** __X__
(Verdict in favor of Wasica/BlueArc)

## III.   DAMAGES

If you find that claim 6 is infringed (by answering "Yes" for either of the infringement questions, that is Section I, Questions 1 and/or 2), then answer the following question:

4.   What amount of a reasonable royalty have Plaintiffs proven by a preponderance of the evidence will fairly compensate Plaintiffs for Schrader's infringement?

$ __31,211,012__

*          *          *

You have now reached the end of the verdict form, and you should review it to ensure it accurately reflects your unanimous determinations.  You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict.

Date: 2/14/2020

